# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATHAN SCOTT,  )
                 Plaintiff(s),  )  Case No. 2:17-cv-00007-RFB-NJK
                               )
vs.  )
                               )  ORDER
MONARCH RECOVERY MANAGEMENT, INC., )
                 Defendant(s).  )

Pending before the Court is a proposed discovery plan, Docket No. 10, which is hereby **DENIED**, *see* Local Rule IA 10-1(a)(1). A discovery plan that comports with the local rules shall be filed by May 5, 2017.

IT IS SO ORDERED.

DATED: May 3, 2017

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge